IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY L. FRANKLIN, JR.,

      Plaintiff,                           No. CIV S-03-0925 DFL DAD P

      vs.

CAMILLE WILLIAMS, et al.,

      Defendants.                 ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 15, 2005, the court ordered defendants to show cause why sanctions should not be imposed for their failure to file their summary judgment motion following three extensions of time. On April 25, 2005, defendants file their response. Good cause appearing, the order to show cause will be discharged.

      On April 25, 2005, defendants filed their motion for summary judgment. Plaintiff will be ordered to file his opposition. Plaintiff is cautioned that his failure to file a timely opposition will be deemed a waiver of opposition to the motion, and the court will recommend that the motion be granted.

/////

/////

Accordingly, IT IS ORDERED that:

1. The order to show cause, filed on April 15, 2005, is discharged; and

2. Within thirty days from the service of this order, plaintiff shall file his opposition to defendants' motion for summary judgment, filed on April 25, 2005.  Defendants may file their reply pursuant to Local Rule 78-230(m).

DATED: May 17, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
fran0925.dosc