IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY L. FRANKLIN, JR.,

    Plaintiff,                      No. CIV S-03-0925 DFL DAD P

    vs.

CAMILLE WILLIAMS, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 3, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. On March 22, 2006, plaintiff's request for an extension of time to file his objections, was denied. Subsequently, neither party filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

Case 2:03-cv-00925-DFL-DAD   Document 52   Filed 03/30/06   Page 2 of 2

1. The findings and recommendations filed March 3, 2006 are adopted in full;

2. Defendants' April 25, 2005 motion for summary judgment is granted; and

3. This action is dismissed.

DATED: 3/29/2006

_____
DAVID F. LEVI
United States District Judge